FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 26, 2024**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFERY D.,<br><br>    Plaintiff,<br><br> -vs-<br><br>MARTIN O'MALLEY,<br>COMMISSIONER OF SOCIAL<br>SECURITY,[1]<br><br>    Defendant. | No. 1:21-CV-3143-JAG<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION FOR<br>EAJA ATTORNEY'S FEES |

  **BEFORE THE COURT** is Plaintiff's motion for an award of attorney fees pursuant to the Equal Access to Justice Act [EAJA], 28 U.S.C. § 2412.  ECF No. 20.  Attorney D. James Tree represents Plaintiff; Special United States Attorney Shata L. Stucky represents Defendant.  The parties have consented to proceed before a magistrate judge by operation of Local Magistrate Judge Rule (LMJR) 2(b)(2) as no party returned a Declination of Consent Form to the Clerk's Office by the established deadline.  *See* ECF No. 17.

---

[1] Martin O'Malley became the Acting Commissioner of Social Security on December 20, 2023.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit. *See* 42 U.S.C. § 405(g).

ORDER GRANTING PLAINTIFF'S MOTION FOR
EAJA ATTORNEY'S FEES - 1

1  On September 29, 2023, the Court granted Plaintiff's motion for summary judgment, and remanded the matter for additional proceedings.  ECF No. 18.  Judgment was entered for Plaintiff.  ECF No. 19.  Plaintiff now moves for an award of attorney fees pursuant to EAJA.  Defendant indicates there is no objection to the motion. ECF No. 23.

EAJA provides for an award of attorney fees to private litigants who both prevail in civil actions (other than tort) against the United States and timely file a petition for fees. 28 U.S.C. § 2412(d)(2)(A).  Under EAJA, the Court must award attorney fees to the prevailing party unless it finds the government's position was "substantially justified or that special circumstances make such an award unjust." 28 U.S.C. § 2412(d)(1)(A).

Plaintiff seeks attorney fees of $6,121.65 based on an attorney fee rate of $217.54 per hour for 1.1 attorney hours billed in 2021, a rate of $234.95 per hour for 23.9 attorney hours billed in 2022, and a rate of $242.78 per hour for 1.1 attorney hours billed in 2023.  ECF No. 20-1.  Defendant does not oppose Plaintiff's motion for EAJA fees.  ECF No. 23.  Based on that lack of opposition and this Court's order of remand, the Court finds the government's position was not "substantially justified."

The motion for EAJA fees is supported by an itemized billing statement, a written fee agreement, and the declarations of Plaintiff and counsel.  ECF Nos. 20-1, 20-2. 22, and 21.  The Court finds the award requested is reasonable.  Plaintiff's EAJA fees are, however, subject to a United States Department of Treasury offset as described in *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010).

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion for EAJA Attorney's Fees, **ECF No. 20,** is **GRANTED**.  The Commissioner is directed to pay EAJA fees in the amount of **$6,121.65**

ORDER GRANTING PLAINTIFF'S MOTION FOR
EAJA ATTORNEY'S FEES - 2

2.    Pursuant to *Ratliff*, payment of the award, after offset of qualifying federal debt under the Treasury Offset Program, shall be made payable to Plaintiff and shall be mailed to Plaintiff's attorney, D. James Tree.

3.    If Plaintiff has no debt which qualifies for offset under the Treasury Offset Program, payment of the entire award shall be payable directly to D. James Tree and mailed to the address above because Plaintiff has assigned any Court awarded EAJA attorney's fees to Mr. Tree. *See* ECF No. 22.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel for Plaintiff and Defendant, and **CLOSE** this file.

DATED February 26, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR
EAJA ATTORNEY'S FEES - 3